UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2: 14-cv-0363 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| MALLOT, et al., | |
| Defendants. | |

Defendants have filed a motion for a 30 day extension of time to file a response to plaintiff's complaint. Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for an extension of time (ECF No. 18) is granted; defendants' response to plaintiff's complaint is due on or before July 2, 2014.

Dated: June 5, 2014

Can363.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1