UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:14-cv-0363 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| MALLOT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed May 12, 2015, are adopted in full; and

   2. Plaintiff's motion for summary judgment (ECF No. 42) is denied; and

3.  Defendants' summary judgment motion (ECF No. 48) is denied as to plaintiff's excessive force claim against defendants in their individual capacities for damages, and denied as to plaintiff's request for punitive damages and for mental and emotional injuries; defendants' summary judgment is granted in all other respects.

Dated:  June 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge