UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MALLOT, et al.,<br><br>    Defendants. | No. 2:14-cv-0363 GEB KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Following summary judgment, this action is set to proceed to trial as to plaintiff's claim that defendants Kitch, Lee, Mallot, Pavich and Torres used excessive force in violation of the Eighth Amendment. In particular, plaintiff alleges that on July 26, 2013, defendants Pavich and Lee applied handcuffs and leg restraints so tightly that they caused plaintiff to suffer injuries. Plaintiff alleges that all defendants refused his request to loosen the handcuffs and leg restraints.

This action is set for jury trial before the Honorable Garland E. Burrell on December 1, 2015.

In the pretrial order, the undersigned directed plaintiff to file further briefing in support of his request to call inmate Tommy Williams as a witness. (ECF No. 78.) On October 9, 2015, plaintiff filed this further briefing. (ECF No. 81.) For the following reasons, plaintiff's request to

1  call inmate Williams as a witness is denied.

2      Plaintiff alleges that inmate Williams was his cellmate after the alleged incident involving
3  defendants. Plaintiff alleges that inmate Williams can testify regarding the injuries plaintiff
4  suffered as a result of the alleged incident, including the nightmares plaintiff experienced.

5      Inmate Williams did not witness the alleged excessive force. Plaintiff does not require the
6  testimony of inmate Williams to prove his injuries. Plaintiff may prove his injuries through his
7  own testimony and documentary evidence.

8      Accordingly, IT IS HEREBY ORDERED that plaintiff's request to call inmate Williams
9  as a witness at trial is denied.

10 Dated: October 16, 2015

12 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

13 Can363.wit