UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>                    Plaintiff,<br><br>          v.<br><br>T. KITCH, L. LEE, M. MALLOT, K. PAVICH, and R. TORRES,<br><br>                    Defendants. | No. 2:14-cv-00363-GEB-KJN (PC)<br><br>**SUPPLEMENT TO PRETRIAL ORDER** |

A trial confirmation hearing was held on November 6, 2015.  Plaintiff appeared *pro se*, and Defendants appeared through counsel. At the hearing, the parties consented on the record to this action being reassigned to the Magistrate Judge for all purposes, including trial, and any appeal is directly to the Ninth Circuit.  The trial was rescheduled to commence on January 11, 2016, at 9:00 a.m., before the undersigned.

    1.  The parties stipulated that Defendants acted under color of law, and that this issue need not be presented to the jury.

    2.  Plaintiff agreed to appear at trial seated at the counsel table with leg restraints that are shielded from the jury's view; further, Plaintiff agreed to offer his testimony from the counsel table.

////

3. Seven (7) jurors will be selected by the method explained at the trial confirmation hearing.

4. It is anticipated that trial will last approximately three (3) days, but Plaintiff indicates he may need more time to present his case.

5. The judge will conduct voir dire. During voir dire the judge will ask, "Does a party have additional questions?" If a party responds, "Yes," that party shall give the Courtroom Deputy that party's written question or questions.

6. The attached "Query re Excuse Potential Jurors" document and "Strike Sheet" were discussed at the trial confirmation hearing and may be used during jury selection.

7. The trial will be conducted in two phases: liability and punitive damages. If the jury finds punitive damages are recoverable in the liability phase, trial on the amount of punitive damages will immediately follow. During the first phase of the trial, the jury will be given a liability instruction on punitive damages along with the other closing instructions and a verdict form which will include the liability question on punitive damages. If the answer to the liability question on punitive damages is yes, then evidence pertinent to the amount of punitive damages will be presented in the second phase of the trial, following which the parties will present closing argument on that issue and a jury instruction will be given. The jury would then deliberate on the issue and fill in a punitive damages verdict form.

8. Each side's opening statement may not exceed fifteen (15) minutes; each side's closing argument for the liability and non punitive damages phase may not exceed twenty (20) minutes.

9. If a second phase of trial is needed to determine an amount of punitive damages, each side is limited to ten (10) minutes for closing argument on this issue.

IT IS SO ORDERED.

Dated:  November 24, 2015

can363.fpto

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Query re Excuse Potential Juror**

Do you Agree that Juror No. \_\_\_\_ should be excused for the reason stated by the juror or for any other reason? (Check applicable box below)

|  | Plaintiff |  | Defendants |  |
|---|---|---|---|---|
| RESPONSE: | ☐ | ☐ | ☐ | ☐ |
|  | Yes | No | Yes | No |

**Strike Sheet**

Plaintiff      1 ____                    Defendants    1 ____

               2 ____                                  2 ____

               3 ____                                  3 ____